NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

RECEIVED
NOV 22 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

|  |  |
|---|---|
| MATTEO SIANO, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 11-02174 (JAP) |
| PRESSLER & PRESSLER, LLP, | : **ORDER ADOPTING THE REPORT** |
| Defendant. | : **AND RECOMMENDATION OF THE** |
|  | : **MAGISTRATE JUDGE** |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Douglas E. Arpert, filed on October 31, 2011; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

**IT IS** on this 22nd day of November, 2011,

**ORDERED** that the Report and Recommendation filed on October 31, 2011 [docket entry no. 8], recommending that Plaintiff's complaint be dismissed without prejudice and that Defendant's application for an award of attorneys' fees and costs be denied, is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's complaint is dismissed without prejudice; and it is further

**ORDERED** that Defendant's application for an award of attorneys' fees and costs is denied.

Accordingly, this matter is **CLOSED**.

_____
JOEL A. PISANO, U.S.D.J.